IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.62.89.160

**ISP:** AT&T Internet Services
**Physical Location:** Pearland, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/13/2017 00:01:00 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 10/29/2017 23:30:31 | 63FAD17F9FEAA3AFAAAB309FD9B4BDDD51F39B4C | The Tightest Blonde |
| 08/19/2017 21:24:59 | 88666176D1EFC2008D274316722D8FD59AD6A2F1 | Welcome To The Jungle |
| 08/08/2017 07:36:19 | B54A8257692314E2C14BF6DA5764A6BE682E1CBB | Up Close and Personal |
| 07/31/2017 01:22:52 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 06/03/2017 02:22:03 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 10/16/2016 12:47:25 | C851B2D8685DDA812635FEDAE85F618DF077DBF1 | Forbidden Fruit |
| 09/04/2016 10:50:47 | 35CD129B72D3A9BB6F8E2BB6B327505B4955F6AC | Pussy Cat Burglar |
| 07/23/2016 01:06:17 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 05/02/2016 03:34:59 | B8E7FB1B157A9CBB4DB782BA8F1DA360F0734134 | Threesome With a View |
| 04/22/2016 05:43:07 | 89C81C27C5CA3E5B02B5B024EB36DDF0079F10B4 | Perfectly Taylored |
| 04/04/2016 02:51:48 | 7D945A68456A8339F03EFFB164F84D634510768E | Czechmates |
| 03/07/2016 06:29:17 | 5134FEB44AB1354AC9B5C44164FAD2AC26C0B248 | Twice as Nice |
| 02/25/2016 12:15:48 | 44EDC9FCC92975700DA5F929B827A5BEE2277CEB | Two Cocks In Karla |
| 02/20/2016 03:53:47 | 70BD8F2C628B994A8BC314963EB45A372CC44C76 | Getting Our Pussies Wet For You |
| 01/29/2016 06:15:11 | 459493D47C8C31B86BF23C28006AA581C4DB59EF | Four Way In 4K |
| 01/09/2016 05:21:27 | 65BA528EFF180C710F1CCA90D1D6CEFCAE417439 | Sex At The Office |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

STX97